```
 1  TRACY L. WILKISON                                    JS-6
    United States Attorney
 2  DAVID M. HARRIS
 3  Assistant United States Attorney
    Chief, Civil Division
 4  CEDINA M. KIM
 5  Assistant United States Attorney
    Senior Trial Attorney, Civil Division
 6  STACY WIESBROCK, CSBN 257920
 7  Special Assistant United States Attorney
         Social Security Administration
 8       160 Spear St., Suite 800
 9       San Francisco, CA  94105
         Telephone: (510) 970-4865
10       Facsimile: (415) 744-0134
11       Email: stacy.wiesbrock@ssa.gov
12  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DANIELA CHAVEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | No. 2:21-cv-01329-KK<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

| | |
|---|---|
| 1  DATED: March 18, 2022 | _____ |
| 2 | HON. KENLY KIYA KATO |
| 3 | UNITED STATES MAGISTRATE JUDGE |